UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:15-cr-00072-SDN-2 |
| | ) | |
| KELLI MUJO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

In 2016, a jury convicted Kelli Mujo on two drug charges: conspiracy to distribute and possess with the intent to distribute cocaine and oxycodone, and using or maintaining a drug involved premises. The Court sentenced her to a total term of 168 months of incarceration followed by five years of supervised release. In 2022, Ms. Mujo moved for compassionate release, which the Court denied. Now, Ms. Mujo moves for compassionate release again.

On June 30, 2025, the Magistrate Judge recommended denying Ms. Mujo's motion. ECF No. 731. He notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on July 14, 2025, and no objections have been filed.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.[1]

---

[1] As the Magistrate Judge explained in his Recommended Decision, Ms. Mujo has cancer. She refused treatment while in prison, and the Bureau of Prisons (BOP) arranged for her to be released to home

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 731. The motion for compassionate release is **DENIED**.

**SO ORDERED.**

Dated this 29th day of July, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

---

confinement where she will receive treatment. According to the Government, BOP staff stated Ms. Mujo was scheduled to be released to home confinement on July 10, 2025.

As of the date of this Order, the BOP inmate locator shows that Ms. Mujo is located at the "New York RRM," which is a "Residential Reentry Management field office that supervises inmates in, *inter alia*, residential reentry centers and home confinement." *United States v. Ely*, No. 16-CR-183, 2024 WL 1719826, at *5 n.9 (E.D.N.Y. Apr. 22, 2024) (taking judicial notice of the BOP inmate locator, which is a public record). Therefore, it appears Ms. Mujo has, in fact, been released to home confinement.

2